# Memorandum

TO: Michael Jung & Mckinsey & Company

FROM: Frank Hertel, Pauline Champ & Reno Ammerman

DATE: October 28, 2008

Dear Michael,

In response to your request regarding your mandate and ownership position we agree to the following:

> Hegor International Limited will assign and transfer from it's shares a 10% (ten percent interest) in all the IEC companies, or Subsidiaries or Affiliate either formed or to be formed with the exception of IEC INTERNATIONAL ENERGY CORPORATION to you and McKinsey & Company to be shared between you as per your private arrangement for your services collectively both in consulting and securing the initial & long term financing either via debt or equity at terms and conditions acceptable to all the parties.

If this basic proposal is agreeable to you & McKinsey we can create more formal documentation.

*[signature]*
Wolfgang Frank Hertel

*[signature]*
L.P. Champ

*[signature]*
L.J. "Reno" Ammerman

# FAX COVERSHEET

TO: Frank Hertel

FAX NUMBER: 010232008-38

FROM: P&R

DATE: October 23, 2008

TOTAL NUMBER OF PAGES (including this page): 2

Dear Frank,

Here is a copy of the email from us to Jung/McKinsey regarding their ownership percentage per his request of 10% in all the companies but as you can see I excluded their owning any part of IEC International. What they bring to the table as partners is really valuable so we think this is reasonable. As per our agreement with you their shares will come out of your 80%. If Michael calls you, you will know exactly what we sent him. Let us know when your email is working again and if you hear from Michael.

Warm regards,

P&R

From: **IEC-International Energy Corporation** <iecenergy@gmail.com>
Date: Thu, Oct 23, 2008 at 9:00 AM
Subject: draft proposal
To: michael_jung <Michael_Jung@mckinsey.com>

Dear Michael,


We are open to a number of possibilities but our thought processes are toward the following:

 IEC enters into an agreement with you that allows you to do the things outlined in your letter of October 15, 2008 as well as help raise the capital needed (minimum $25M to $???) in return for a 10% share of in all of IEC's companies (except the IP company) from IEC Visoka, Inc., IEC Euro Petrol, Inc., IEC Oil, Inc., and the other top companies yet to be formed, ie. IEC Chemicals, IEC Shipping, IEC Resources, IEC Geothermal, etc.

Let us know your thoughts.
I am attaching a chart of the companies both established and invisioned.
Warm regards,

Pauline for all of us.


--

IEC---International Energy Corporation
Pauline Champ
Reno Ammerman

**Michael_Jung@mckinsey.com** <Michael_Jung@mckinsey.com>

To: IECEnergy@gmail.com

Fri, Oct 24, 2008 at 2:14 AM

Dear All,

Thank you for your proposal. My thoughts are very simple.

1. Your offer is generous, and in principle accepted.

2. We must reach a very detailed understanding, and agreement, regarding the relationships between the IP and the operating companies.

I suggest to discuss these matters on Tuesday.

News from Tirana, or Oklahoma? Details regarding your Munich stay will follow.

Kind regards,
Michael

---

Dr. Michael Jung
Director
McKinsey & Company, Inc.
Sophienstraße 26
80333 München
Germany

Phone +49-89-5594-3200
Fax   +49-89-5594-3201

+===================================================+
This message may contain confidential and/or privileged
information. If you are not the addressee or authorized to
receive this for the addressee, you must not use, copy,
disclose or take any action based on this message or any
information herein. If you have received this message in
error, please advise the sender immediately by reply e-mail
and delete this message. Thank you for your cooperation.
+===================================================+

2

# AGREEMENT

regarding the Share Restructuring and Shareholders' Relations of

# NEXIM OIL CORPORATION

between

1. **Nexim Oil Corporation Ltd.,** Cambio, 15 A The Mead, Ashtead, Surrey KT21 2LZ, United Kingdom

   (hereinafter referred to as **"Nexim"**)

2. **IEC Visoka Inc.,** Tortola, British Virgin Islands; European Rep. Office: Procommerz Center, Fürst-Franz-Josef-Str. 73, FL-9490 Vaduz, Principality of Liechtenstein

   (hereinafter referred to as **"IEC VIS"**)

3. **Pauline Champ,** 7000 N 16th Street, Suite 120-300, Phoenix, AR 85020, USA

   (hereinafter referred to as **"PC"**)

4. **Larry J. Ammerman,** 7000 N 16th Street, Suite 120-300, Phoenix, AR 85020, USA

   (hereinafter referred to as **"RA"**)

5. **London Industries Limited,** Cambio, 15 A The Mead, Ashtead, Surrey KT21 2LZ, United Kingdom

   (hereinafter referred to as **"LDI"**)

6. **MSK Beteiligungsberatung GesmbH,** Stadiongasse 2 top 12, A- 1010 Vienna, Austria

   (hereinafter referred to as **"MSK"**)

7. **Viktoriastrasse 9 GmbH,** Südliche Münchener Strasse 54, D-82031 Grünwald, Germany

   (hereinafter referred to as **"Viktoriastrasse"**)

2

8. **Sagacious GmbH** (former name: WFG Weise Familien GmbH), Anemonenweg 37, D-63225 Langen, Germany

(hereinafter referred to as "**WFG**")

and

9. **CJ Ministries Foundation**, Phoenix, Arizona, USA
represented by Dr. Michael Jung

(hereinafter referred to as "CJ Ministries")

1. Preliminary Remarks

For the time being Nexim has the following registered legal shareholders:

- London Industry         70% (in trust for others)
- MSK                     20% (in trust for others)
- Viktoriastrasse         10%

LDI advanced the Share Capital of Nexim in the amount of GBP 20'000.

Nexim purchased IEC VIS on June 29, 2009 from IEC International Energy Corporation (the "SPA"). The attached balance sheet is the agreed take over balance sheet as of June 29, 2009.

On July 11, 2009, WFG granted a loan to Nexim (the "Loan") in the amount of EUR 3 million. Before the end of the loan period, WFG has the right to chose between the repayment of the Loan or exercise its option to acquire 10% of the shares of Nexim. For this purpose, 10% of the shares of Nexim have been allocated in escrow with MSK. Furthermore, 50% of the IEC VIS Shares are pledged in favor of WFG in accordance with the Loan Agreement of July 11, 2009.

3

Nexim is the 100% shareholder of IEC VIS (subject to the rights of WFG under the Loan. IEC VIS is the 100% Shareholder of VEC Visoka Energy Corporation (Albania) ("VEC ALB").

2. Restructuring of the Shareholding in Nexim

LDI hereby assigns 7'000 Shares of GBP 1 each (corresponding to 35% of the total shareholding of Nexim) to CJ Ministries. It is hereby agreed that 3'000 shares of the transferred shares shall have no voting rights.

LDI hereby assigns 2'000 Shares of GBP 1 each (corresponding to 10% of the total number of Shares of Nexim) to MSK.

LDI hereby assigns 2'000 Shares of GBP 1 each (corresponding to 10% of the total Shareholding in Nexim) to Newco.

LDI hereby assigns 3'000 Shares of GBP 1 each (corresponding to 15% of the total Shareholding in Nexim) to Nexim to be held in escrow for future investors, whereby it is agreed that these 3'000 Shares shall have no voting right as long as Nexim remains the legal Shareholder. These shares will only have voting rights as soon as they are assigned to a future investor or to another third person.

3. Payment of Share Capital

LDI will invoice PC, RA, Viktoriastrasse and MSK for the proportional amounts of the Share Capital advanced by LDI.

4. Ultimate Beneficial Owners of Nexim

4

The ultimate beneficial owners ("UBO") of the Nexim Shareholders are as follows:

| | |
|---|---|
| - CJ Ministries (35%) | Charitable Foundation (20% voting, 15% non-voting) |
| - MSK (20%): Nortak Foundation | Charitable Foundation (20% voting) |
| - MSK (10%) WFG: | Familie Frank J. Weise (10% non-voting until Option exercised, then voting) |
| - Viktoriastrasse (10%): | Dr. Michael Jung (10% voting) |
| - Newco (10%): | Pauline Champ and Reno Ammerman (10% voting) |
| - Future Investors (15%) | 15% non-voting until allocation to any investors |

5. Decisions of the Shareholders' Meeting of Nexim

The Shareholders' Meeting of Nexim shall appoint a new Board of Directors consisting of the following individuals:

| | |
|---|---|
| - Rolf van den Berg | nominated by WFG |
| - Emma dela Cruz | nominated by CJ Ministries |
| - Peter Arbolario | nominated by Newco BVI |
| - Philipp Weiss | nominated by Viktoriastrasse |
| - Euro Industries Ltd. | nominated by MSK |

Rolf van den Berg shall serve as the Chairman of the Board. In case one of the above individuals cannot continue to act as a Board Member, the shareholder having nominated the respective Board Member shall have the enforceable right

5

to appoint its replacement and the other shareholders undertake to vote in favor of the nominee.

Furthermore, Nexim will change its name to become Visoka Limited.

The law firm of Meroni & Schmid is hereby instructed and authorized by the shareholders to effect the agreed changes until March 15, 2010.

6. IEC Visoka Shareholders' Meeting

IEC Visoka shall decide to increase its Share Capital to USD 3 million with effect as of December 31, 2009. For this purpose, loan amounts made available by Nexim to IEC Visoka shall be capitalized.

The Shareholders' Meeting of IEC Visoka shall elect a new Board of Directors consisting of the following individuals nominated by the same shareholders as above:

| | |
|---|---|
| - Rolf van den Berg | nominated by WFG |
| - Pauline Champ ("PC") | nominated by CJ Ministries |
| - Reno Ammerman ("RA") | nominated by PC and RA |
| - Dr. Michael Jung ("MJ") | nominated by Viktoriastrasse |
| - Dr. Rudolf Meroni ("RM") | nominated by MSK |

Rolf van den Berg shall act as the Chairman of the newly elected Board of Directors.

In case one of the above individuals cannot continue to act as a Board Member, the shareholder having nominated the respective Board Member shall have the enforceable right to appoint its replacement and the other shareholders undertake to vote in favor of the nominee.


6

Furthermore, IEC VIS will change its name to become Visoka Energy Corporation.

As soon as feasible, the newly elected Board of Directors shall delegate the management functions to a newly appointed Board of Managers consisting of three to four individuals, holding the following positions: Chief Executive Officer ("CEO"), Chief Financial Officer ("CFO"), Chief Operating Officer "COO") and Chief Technical Officer ("CTO").

The law firm of Meroni & Schmid is hereby instructed and authorized by the shareholders to effect the agreed changes until March 15, 2010.

7. IEC Visoka Accounts 2009

In this Balance Sheet the following subordinated loans shall be reflected:

| | | |
|---|---|---|
| Newco | 6.8 million USD | (2 million as of June 29, 2009) |
| MSK | 2.4 million USD | (1 million as of June 29, 2009) |
| Theon GmbH | 2.4 million USD | (0 million as of June 29, 2009) |
| Sagacious GmbH | 1.4 million USD | (0 million as of June 29, 2009) |
| Nexim | 2.0 million USD | (0 million as of June 29, 2009) |

It is envisaged to repay the subordinated loans in the course of 2010/11.

The Parties shall co-operate in order to implement at the earliest possible time commercial accounts for IEC VIS as of December 31, 2009. In these accounts the rights under the Albpetrol Petroleum Agreement of 3rd December 2008, shall be revalued to the cost value, taking into consideration the cost incurred in 2009 including the services rendered and not yet paid as outlined above in the subordinated loans

7

8. Condition Precedent

This Agreement shall come in force only after the above-mentioned corporate modifications have been implemented. The documents to be implemented shall be submitted to the Parties hereto for approval. The changes shall be implemented and filed no later than March 15, 2010.

Nexim shall finally settle the issues regarding the Purchase Price under the SPA. The signing of such a Settlement Agreement is a condition precedent to the coming in force of this Agreement. The negotiations regarding the Settlement shall be completed before March 31, 2010.

9. Applicable Law

This Agreement shall be governed by Swiss law.

10. Arbitration

Any disputes in the context with this Agreement shall be finally settled by Adhoc Arbitration with three arbitrators appointed by the Parties. The seat of the arbitral Tribunal shall be Zurich Switzerland. The language of the proceedings shall be English. The arbitrators shall render their decision within six months or faster.

8

Zurich, Vienna, Munich, as of this 3rd of March 2010

For Nexim Oil Corporation Ltd.:                    For IEC Visoka Inc.:

_____                      _____

Pauline Champ:                                     Reno Ammerman:

_____                      _____

For London Industries Ltd.:                        For MSK Beteiligungsberatung GesmbH:

_____                      _____

For Viktoriastrasse 9 GmbH.:                       For WFG Weise Familien GmbH:

_____                      _____

For CJ Ministries Foundation:

_____